**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AVANGRID NETWORKS, INC.; and AVANGRID SERVICE COMPANY<br><br>                    Plaintiffs,<br><br>v.<br><br>SECURITY LIMITS, INC., and PAULO SILVA,<br><br>                    Defendants. | Case No. 22 Civ. 9622<br><br>**<u>NOTICE OF APPEARANCE</u>** |

PLEASE TAKE NOTICE that Joseph Sanderson of Steptoe & Johnson LLP hereby enters his appearance as counsel of record for Plaintiffs Avangrid Networks, Inc. and Avangrid Service Company in the above captioned action.

I hereby certify that I am an attorney duly admitted to practice in this Court.

Dated: New York, New York
           November 10, 2022

STEPTOE & JOHNSON LLP

By:  */s/ Joseph Sanderson*
      Joseph Sanderson
      1114 Avenue of the Americas
      New York, New York 10036
      Tel: (212) 378-7615
      Fax: (212) 506-3950
      E-mail: josanderson@steptoe.com