UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **AVANGRID NETWORKS, INC.; and AVANGRID SERVICE COMPANY;**<br><br>       **Plaintiffs,**<br><br>v.<br><br>**SECURITY LIMITS, INC., and PAULO SILVA,**<br><br>       **Defendants.** | Case No. 22-cv-9622<br><br>**NOTICE OF MOTION TO ADMIT THOMAS WATSON** <u>***PRO HAC VICE***</u> |

**PLEASE TAKE NOTICE** that pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern District of New York, I, Thomas Watson, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs Avangrid Networks, Inc., and Avangrid Service Company, in the above-captioned action.

I am a member in good standing of the bar of the State of California. There are no pending disciplinary proceedings against me in any state or federal court. I have attached an affidavit pursuant to Local Rule 1.3(c).

Dated: November 11, 2022
       Los Angeles, CA

Respectfully,

By: /s/ Thomas Watson_____
Thomas Watson
STEPTOE & JOHNSON LLP
633 W 5th Street
Los Angeles, CA 90071
Tel: (213) 439-9400
E-mail: twatson@steptoe.com

*Counsel for AVANGRID NETWORKS, INC.; and AVANGRID SERVICE COMPANY*