UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVANGRID NETWORKS, INC.; and AVANGRID SERVICE COMPANY,<br><br>                               Plaintiffs,<br><br>v.<br><br>SECURITY LIMITS, INC., and PAULO SILVA,<br><br>                               Defendants. | Case No. 22-cv-9622<br><br>**AFFIDAVIT OF THOMAS WATSON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

STATE OF NEW YORK   )
                                    ) ss:
COUNTY OF NEW YORK )

**THOMAS WATSON**, being duly sworn, deposes and says:

1. I am a partner of the law firm of Steptoe & Johnson LLP.

2. I am currently a member in good standing of the bar of the State of California. A certificate of good standing from the Supreme Court of the State of California is filed with this application as "Exhibit A."

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred or denied admission or readmission to any court.

5. There are no disciplinary proceedings presently against me, and I have never been the subject of any such disciplinary proceedings.

_____
Thomas Watson

Subscribed and sworn before me this
15th day of November, 2022

_____
Notary Public

JOSEPH SANDERSON
Notary Public, State of New York
No. 02SA6439291
Qualified in New York County
Commission Expires 08/22/2026