UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVANGRID NETWORKS, INC.; and AVANGRID SERVICE COMPANY,<br><br>                  **Plaintiffs,**<br><br>v.<br><br>SECURITY LIMITS, INC., and PAULO SILVA,<br><br>                  **Defendants.** | Case No. 22-cv-9622<br><br>**[PROPOSED] ORDER TO ADMIT THOMAS WATSON <u>PRO HAC VICE</u>** |

The motion of Thomas Watson for admission to practice *Pro Hac Vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the State of California, and that his contact information is as follows:

Thomas Watson
STEPTOE & JOHNSON LLP
633 W 5th Street
Los Angeles, CA 90071
Tel: (213) 439-9400
E-mail: twatson@steptoe.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Plaintiffs Avangrid Networks, Inc., and Avangrid Service Company in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____         _____
       New York, New York                                U.S. District / Magistrate Judge