UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVANGRID NETWORKS, INC.; and
AVANGRID SERVICE COMPANY,

                Plaintiffs,

-against-

SECURITY LIMITS, INC., and PAULO SILVA,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/24/2023__

22 Civ. 9622 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 22, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by January 22, 2023. ECF No. 14. That submission is now overdue. Accordingly, by **January 31, 2023**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 24, 2023
      New York, New York

_____
ANALISA TORRES
United States District Judge