```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
AVANGRID NETWORKS, INC.; and
AVANGRID SERVICE COMPANY,

                        Plaintiffs,

        -against-                                    22 Civ. 9622 (AT)

SECURITY LIMITS, INC., and PAULO SILVA,              ORDER

                        Defendants.
```

ANALISA TORRES, District Judge:

    The Court has reviewed the submissions from Defendants' counsel, FisherBroyles LLP, dated February 13, 2023, ECF Nos. 29–32, 34–35. "It is well settled that corporations can only appear in court through an attorney, and may not proceed *pro se*." *Hounddog Prods., L.L.C. v. Empire Film Grp., Inc.*, 767 F. Supp. 2d 480, 486 (S.D.N.Y. 2011).

    Accordingly, FisherBroyles's motion to withdraw is GRANTED. FisherBroyles is ORDERED to serve Defendants a copy of this order and to file proof of service by **February 17, 2023**. Further, all deadlines in this matter are stayed for thirty days. By **March 16, 2023**, Defendants shall retain counsel, which counsel shall file a notice of appearance.

    The Clerk of Court is directed to terminate Matthew C. Defrancesco from the docket.

    SO ORDERED.

Dated: February 14, 2023
       New York, New York

                                                      ANALISA TORRES
                                        United States District Judge