UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVANGRID NETWORKS, INC.; and
AVANGRID SERVICE COMPANY,

                Plaintiffs,

-against-

SECURITY LIMITS, INC., and PAULO SILVA,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/2023

22 Civ. 9622 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated March 27 and April 3, 2023, ECF Nos. 39–40. Accordingly:

1. Plaintiffs' request to file a motion to disqualify is GRANTED;
2. By **May 9, 2023**, Plaintiffs shall file their motion;
3. By **May 30, 2023**, Defendants shall file their opposition; and
4. By **June 13, 2023**, Plaintiffs shall file their reply, if any.

SO ORDERED.

Dated: April 4, 2023
      New York, New York

                                        ANALISA TORRES
                                United States District Judge