Robert W. Mockler
+1 212 506-3978 direct
rmockler@steptoe.com

1114 Avenue of the Americas
New York, NY 10036-7703
212 506 3900 main
www.steptoe.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2025

May 1, 2025

By ECF and Email

Hon. Analisa Torres, U.S.D.J.
United States District Court,
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Avangrid Networks, Inc. v. Security Limits Inc.*, **No. 22 Civ. 9622 (AT)**
**Agreed Letter Motion to Set Schedule for Exchange of Rule III.B Letters and for Extension of Time to Respond to Counterclaims Pending Letter Process**

Dear Judge Torres:

    We represent Plaintiff Avangrid Networks, Inc. ("Avangrid"). As the Court is aware, Avangrid intends to move to dismiss the Amended Counterclaims alleged against it [Dkts. 66 & 67] and have been engaging in the exchange of letters pursuant to the Court's Rule III.B. As a result of personal issues affecting key members of our team, we would request an extension of one week, until May 9, 2025, of the time to file our second pre-motion letter.

    Further, as the Amended Counterclaims contain numerous causes of action and raise several issues that may require more than the standard four pages to address adequately, we request leave to submit a letter of up to six pages.

    Defendants' counsel does not oppose either request.

GRANTED.

SO ORDERED.

Dated: May 2, 2025
       New York, New York

ANALISA TORRES
United States District Judge