# EXHIBIT 5





# Security Limits Inc.
## End-User Ironclad® Design License Agreement (EULA)

This License Technology Agreement (the "Agreement") is entered between Avangrid Inc., a corporation whose office is located at 89 East Ave, Rochester, New York (AVANGRID) and Security Limits Inc., a corporation whose office is located at 954 Lexington, Ave, Manhattan, New York for the use of Security Limits Inc.'s "Ironclad®", the intellectual property name (product) consisting of "Procedural Artifacts, Architectural Material(s) and Design Specifications for Building a Secure Hyper-Converged Virtualized Infrastructure, specifically Designed for Hosting Industrial Control Systems" and all intellectual property modified, resulting in the final design, engineering and development of the Hyper-Converged Virtualized Infrastructure. This License has been granted to Avangrid Inc. and all its subsidiaries (e.g. Avangrid Networks and Avangrid Renewables), collectively, AVANGRID and it is licensed to AVANGRID and its subsidiaries in perpetuity without termination". The agreement is non-sublicensable and nontransferable. Security Limits Inc. All copyrights© reserved.

## GRANT

For the purpose of this Agreement, the term "Product" shall mean "Ironclad®", the product name given by Security Limits Inc. for its Intellectual Property, a collection of "Procedural Artifacts, Architectural Material(s) and Design Specifications Utilized in Building a Secure Hyper-Converged Virtualized Infrastructure, specifically Designed for Hosting Industrial Control Systems".

## TERMINATION

Licensed to AVANGRID and its subsidiaries in perpetuity WITHOUT termination". Security Limits Inc. All copyrights® reserved.

**General Restrictions.** Except for copies solely for operational support, back-up or disaster recovery purposes or as may be permitted by applicable law, AVANGRID may not copy, and/or disseminate, in whole or in part, to unlicensed third-parties without prior written consent from Security Limits Inc. AVANGRID agrees not to allow others to use the intellectual property or materials for the benefit of unlicensed third-parties. AVANGRID knowledge that the source code and scripts utilized to automate systems integration, and the underlying ideas or concepts, are valuable intellectual property of Security Limits Inc. and AVANGRID agrees not to, except as expressly authorized and only to the extent established by applicable statutory law, attempt to (or permit others to) decipher, reverse translate, decompile, disassemble or otherwise reverse engineer or attempt to reconstruct or discover any source code, drawings, or underlying ideas or algorithms or file formats or programming or interoperability interfaces of IRONCLAD® for the benefits of unlicensed third-parties.

*AVANGRID INC. has unrestricted rights to utilize and modify the design for its own benefit or for the benefit of its operating companies, subsidiaries.*




## DISCLAIMER OF WARRANTY

THE IRONCLAD® DESIGN INCORPORATED INTO THE FINAL AVANGRID DELIVERABLE, THE "RUNBOOK", IS PROVIDED "AS IS" AND WITHOUT WARRANTY OF ANY KIND, INCLUDING, WITHOUT LIMITATION, THE WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE PRODUCT IS BORNE BY AVANGRID. THIS DISCLAIMER OF WARRANTY CONSTITUTES AN ESSENTIAL PART OF THE AGREEMENT. SOME STATES DO NOT ALLOW EXCLUSIONS OF AN IMPLIED WARRANTY, SO THIS DISCLAIMER MAY NOT APPLY TO AVANGRID AND AVANGRID MAY HAVE OTHER LEGAL RIGHTS THAT VARY FROM STATE TO STATE OR BY JURISDICTION.

## GOVERNMENT REGULATION AND EXPORT CONTROL

*Government Regulations*. AVANGRID agrees that IRONCLAD® will not be shipped, transferred, or exported into any country where the United States has Sanctions and Embargoes Against or used in any manner prohibited by law.

## MISCELLANEOUS

This "License Technology Agreement", together with affirmation of Security Limits Inc.'s intellectual property rights and successful contribution of its Ironclad® Product Design and Technology represent the pre-engagement understanding that Security Limits Inc. owns all and any redacted-raw-versions of Low-Level Design (LLD), High-Level Design (HLD), and Procedural Artifacts produced in the implementation of the Avangrid Secure Domain (ASD), or Avangrid's Secure Hyper-Converged Virtualized Infrastructure.

**IN WITNESS WHEREOF,** the undersigned has caused this Agreement to be executed by its duly authorized representatives.

Name of Company: AVANGRID INC.

By: _____

Title: _Manager Security._

Effective Date: _2-11-19_

Name of Company: SECURITY LIMITS INC.

By: Paulo H. Silva CISSP, CISA, IRCA

Digitally signed by Paulo H. Silva
DN: cn=Paulo H. Silva, o=Security
Limits Inc., ou=CEO,
email=psilva@securitylimits.com,
c=US
Location: Lakeville, PA
Date: 2019.11.12 01:09:24 -05'00'

Title: Vice President
Effective Date: