# EXHIBIT 7



Part of the **PSD** *family of companies.*

# Subcontractor Agreement

This Subcontractor Agreement (the "Agreement") is made between **Unlimited Technology, Inc.,** a Pennsylvania corporation ("UTI") and **Security Limits, Inc.,** a New York corporation with an address of 954 Lexington Ave, Num 1017, New York, NY 10021 ("Contractor"). UTI and Contractor may be collectively referred to herein as the "Parties" and each may be referred to individually as a "Party." For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Subcontractor and the Contractor hereby agree as follows:

In this Agreement, (1) "Owner" means Avangrid Services Company; and (2) "Contract Documents" means (i) this Agreement, (ii) any Schedules to this Agreement; and (iii) any approved change orders; (iv) the Prime Agreement (as defined hereafter), attached hereto, all of which are incorporated by reference in this Agreement and made a part hereof

**1.     The Work of This Contract:** Contractor shall construct and perform the entire work described in this Agreement through its employees or approved subcontractors. Work shall mean all work that is identified in the Schedule A to this Agreement and shall include all things required to be provided, delivered, accomplished, submitted, furnished, supplied, performed and/or undertaken by the Contractor under the terms of the Contract Documents and includes all labor, supervision and materials required to be supplied hereunder and thereunder, as well as all other activities related or applicable thereto, associated therewith or arising therefrom.

**2.     Price and Terms:** The price for the Work to be performed by Contractor ("Price") shall be the price indicated in Schedule B, as adjusted by approved change orders plus applicable sales taxes. Unless otherwise agreed to in Schedule B, the Work is not subject to any prevailing wage law or special payment requirement.

**2.1.** Upon acceptance of the Work by UTI under a particular purchase order, Contractor shall submit its invoice to UTI, in a form directed by UTI, along with a lien release as more fully described herein. UTI shall pay the undisputed amount(s) within sixty (30) days after receipt of the invoice and acceptance by UTI, provided that (i) Contractor has provided UTI with a current certificate of insurance evidencing the coverage required by this Agreement and (ii) UTI has received payment from Owner for Contractor's Work. Contractor acknowledges that receipt of such payment by UTI from Owner is an express condition precedent to UTI's further obligation to remit funds to Contractor for the Work. Federal, state and local taxes or any other taxes imposed on any materials or Services provided by Contractor hereunder shall be paid by Contractor and are included in the Price.

**2.2.** Contractor shall supply lien releases, upon request, conditioned on the receipt of payment specified therein. The lien releases described herein shall be in a form deemed satisfactory to UTI in UTI's reasonable discretion and shall be a condition precedent to any payment including final payment.

**3.     Liens:** If at any time, there shall be evidence of any lien or claim pertaining to elements of the Work for which, if established, UTI or the Owner might become liable, or which should, in any event, be charged to the Contractor, or should any lien, demand, suit or encumbrance be placed or filed by any person or entity employed by or claiming to be employed through Contractor, at any tier, Contractor shall have such lien, demand, claim, suit, or encumbrance satisfied, removed, withdrawn or discharged to

UTI's satisfaction, within three (3) days following notification from UTI. UTI shall have the right to retain, out of any payment due or thereafter to become due to the Contractor, an amount sufficient to indemnify UTI and the Owner against such lien or claim, including bond premiums and legal fees and costs, and to apply the same in such manner as UTI deems proper to secure protection and/or satisfy or discharge all such claims or liens. Should there prove to be any such lien or claim after all payments are made to Contractor, it shall repay UTI, upon demand, all sums which it may be compelled to pay in discharging such lien or claim, including any and all legal fees, costs and other charges.

**3.1.    Hazardous Materials:** UTI warrants that the Work does not involve the removal or modification of asbestos or other hazardous materials. If any hazardous materials are found and if such hazardous materials must be removed, the removal shall be performed by licensed specialists, at the cost and expense of Owner, before Contractor will continue with the performance of the Work.

**4.    Indemnity; Violation of Law:**

**4.1.    To the fullest** extent permitted by law, the Contractor shall indemnify, defend, and hold harmless UTI, Owner, and such other indemnitees as may be defined herein, and their respective parent companies, corporations, members, limited liability companies and/or partnerships and their owned, controlled, associated, affiliated and subsidiary companies, corporations, members, limited liability companies, and/or partnerships, and the respective agents, consultants, principals, members, partners, servants, officers, stockholders, directors and employees thereof (collectively the "Indemnitees"), from and against all claims or causes of action, damages, losses and expenses, including but not limited to attorneys' fees and legal and settlement costs and expenses (collectively, "Claims"), arising out of or resulting from (i) the acts or omissions of Contractor, or anyone for whom Contractor may be liable, in connection with the Contract Documents, the performance of, or failure to perform, the Work, or the Contractor's operations, including the performance of the obligations set forth in this clause, or (ii) any breach of this Agreement by Contractor.

**4.2.    To the fullest** extent permitted by law, Contractor's duty to indemnify the Indemnitees shall arise whether caused in part by the active or passive negligence or other fault of any of the Indemnitees, provided, however, that Contractor's duty hereunder shall not arise to the extent that any such claim, damages, loss or expense was caused by the sole negligence of the Indemnitees or an Indemnitee. The Contractor acknowledges that specific consideration has been received by it for this indemnification and that same shall not be limited in any way by any limitation on the amount or type of damages, compensation or benefit payable by or for the Contractor or any subcontractor and/or delegates under Workers Compensation acts or other employee benefits acts. As used in this paragraph, "Contractor" shall mean Contractor and its representatives, employees, servants, agents, subcontractors, delegates, or suppliers. This indemnification obligation shall survive the terminations or expiration of the Agreement and the completion of the Work. Any of the Indemnitees may elect, at any time, to defend itself against any Claims, with counsel of its choice and at its own expense. If an Indemnitee does not exercise such election, (a) any counsel proposed to be retained by the Contractor to defend such Indemnitee shall not be so retained without the prior written approval of such Indemnitee which shall not be unreasonably withheld or delayed, (b) the Contractor shall, and shall instruct the counsel that it retains to, keep such Indemnitee apprised in writing, on a regular basis, of the status of the Claim, (c) in the event of any disagreement between the Contractor and said Indemnitee regarding the strategy to employ in connection with said Claim, the Indemnitee's strategy shall prevail and be followed by the Contractor and its counsel, and (d) the Claim shall not be settled without said Indemnitee's prior written approval of the settlement. The foregoing indemnity shall not be limited in any way by any limitation on the amount or type of damages, compensation or benefits payable by or for the benefit of the Contractor under any applicable workers compensation, disability benefits or other similar employee benefit acts. In the event the Owner or any of the other Indemnitees incur any losses or any Claim is asserted or instituted against

UTI or any of the other Indemnitees, UTI shall be entitled to withhold from any payments then due or thereafter becoming due to the Contractor under this Agreement such amount as may be deemed sufficient, in the reasonable judgment of UTI, to protect it and the other Indemnitees against any losses that they may incur and are not paid for by the Contractor's insurance, and UTI shall also be entitled to apply any such withheld amount to compensate itself and the other Indemnitees for any losses that they actually incur.

**4.3.** The Contractor shall include in each of its subcontracts an indemnity provision substantially similar to the provisions in this Section, which shall also expressly provide that the subcontractor thereunder shall defend, indemnify and hold harmless the Indemnitees, in addition to the Contractor, and that the Indemnitees are third party beneficiaries of said provision.

**5.    Changes in Scope of Work:** Any changes requested by the Contractor or Owner will be submitted to UTI. An adjustment to the Price will be made for the extra or lesser cost of the change order. All approved change orders become a part of this Agreement. Contractor is under no obligation to perform any substituted or additional work unless UTI and Contractor have approved the change order.

**Time; Delays:** Contractor will commence and complete the Work within the timeline provided by UTI. TIME IS OF THE ESSENSE. Any problems anticipated by Contractor with adhering to the timeline provided by UTI should be communicated to UTI in writing before acceptance of the Agreement. After the commencement of work, Contractor is to provide written notification to UTI, within a reasonable timeframe, if Contractor anticipates not completing the Work within said timeline. Should the Contractor be delayed or disrupted by fault of UTI or Owner, or any other contractor, or by abnormal weather conditions, then the time fixed for the completion of the Work shall be extended for a period equivalent to the time so lost, mutually agreed between contractor, UTI, and owner. UTI and Owner shall not be held responsible, or liable for damages, nor shall an increase in the Price be permitted, for any loss or damage sustained by the Contractor through delay, inefficiency or disruption caused by UTI or Owner or any other contractor, or by abnormal weather conditions, or by any other cause, with it being expressly acknowledged by Contractor that delays may occur for any of a myriad of reasons and Contractor has agreed to assume the risk thereof and with all costs associated therewith included in the Price. Contractor acknowledges and agrees that its sole remedy for any such delay shall be limited to a non-compensable extension of time. Contractor shall not be entitled to a non-compensable extension of time unless it has provided notice to UTI as described herein. Notwithstanding anything in the foregoing, provided the work has been approved in writing by UTI, Contractor may bill UTI for any overtime work that is the direct result of any acceleration in trades schedule and/or delays caused solely by others.

**6.    Insurance:** Prior to commencement of any work under this Agreement and until all obligations under this Agreement are fulfilled, the Contractor and each and every subcontractor of Contractor shall, at its sole expense, maintain the following insurance on its own behalf from insurance companies licensed to do business in the state where the Work is performed and rated no lower than A- by A.M. Best's Rating Guide, and furnish to UTI, certificates of insurance evidencing the same and reflecting the effective date of such coverage as follows:

**6.1.** Worker's Compensation and Employer's Liability insurance, with statutory limits for worker's compensation and Employer's Liability limits of $500 each accident/disease/employee. Where permissible by law, Contractor and insurer(s) shall waive all subrogation rights against UTI and Owner for any benefits under UTI's Workers' Compensation policy.

**6.2.** Commercial General Liability with combined Bodily Injury and Property Damage limits of not less than $1,000,000 per occurrence and $2,000,000 in the general aggregate. The general aggregate must be applicable on a per project basis. Coverage must include (i) contractual liability for

liability assumed under this Agreement and all other agreements relative to this project; (ii) Completed Operations/Product Liability to be maintained for three (3) years beyond the completion and acceptance of the project; (iii) Broad Form Property Damage; (iv) "XC&U Perils, where applicable; and (v) Personal Injury Liability.

**6.3.**    Commercial Professional Liability Insurance covering the design and engineering services required by this Agreement of at least $2,000,000.

**6.4.**    Excess/Umbrella Liability Insurance of at least $10,000,000 that provides excess coverage for Employers Liability and Commercial General Liability.

**6.5.**    Contractor's insurance shall be primary and non-contributory with regard to any other insurance that may be available to UTI, Owner and the Indemnitees. UTI and the Indemnitees shall each be added as an additional insured on a primary non-contributory basis on all insurance, other than Workers' Compensation and Professional Liability. Contractor shall provide certificates of insurance prior to commencement of Work, during the full term of the Agreement through final completion and acceptance of the Work, and for a period of at least three (1) years after final completion and acceptance of the Work. The above insurance policies (collectively, the "Policies") and associated certificates of insurance shall provide that they may not be canceled or materially reduced without at least thirty (30) days' prior written notice to UTI. In addition, renewal Policies shall be obtained, and certificates of insurance delivered to UTI at least thirty (30) days prior to each expiration. All Policies effected by Contractor shall contain a provision requiring the insurance carriers to waive their rights of subrogation against UTI and Owner and all other Indemnitees named in this Agreement.

**6.6.**    Should the Contractor engage a Subcontractor, the same conditions will apply under this Agreement to each Subcontractor. The carrying of the insurance described herein shall in no way be interpreted as relieving the Contractor of any responsibility of liability under this Agreement.

**6.7.**    Whenever an employee of Contractor suffers an occupational injury or an occupational disease because of work performed under this Agreement and such injury or disease is required by the Workers Compensation or Occupational Disease laws to be reported to the proper authorities, two (2) copies of such report shall be furnished promptly by Contractor to UTI.  UTI shall require its Contractor to furnish two (2) copies of such reports to UTI in connection with occupational injuries or occupational diseases suffered by their employees.

**7.**    **Limited Warranty:**  Contractor warrants to UTI and Owner that the materials and equipment used will be as specified on Schedule A or in the identified plans and specifications; and that the Work will be performed to industry standards.  Contractor will extend to UTI and Owner a warranty period of one (1) year on all equipment provided and 90 days on labor.

**7.1.**    **Claims:**  All claims related to Contractor's limited warranty must be made, in writing and must be received by UTI within one (1) year of the date of the substantial completion of the Work. All claims under manufacturer's warranties shall be made directly to the product manufacturer.

**7.2.**    **Limitation of Liability:**  Under no circumstances shall UTI or Owner be liable for any incidental or consequential damages under the Uniform Commercial Code or otherwise.  Unless the result of gross negligence or willful misconduct, the total liability of UTI for any type of damage is limited to the amount of Contractors total fees actually paid under this Agreement.

**8.**    **Termination for Contractor Default:** If the Contractor shall fail to comply with any of the provisions or obligations under this Agreement, if the Contractor or any of its officers should be indicted

or the subject of a governmental investigation (or if a subcontractor of Contractor or any of its officers has been indicted or the subject of a governmental investigation and Contractor does not terminate its subcontract with the subcontractor after instructions from UTI to do so) or for any other such reasons as set forth in the Contract Documents, UTI shall have the right after three (3) days' written notice to the Contractor, to terminate, in whole or part, this Agreement. In the event of any such termination, Contractor shall comply with all directives of the UTI with respect to Contractor's activities on the any Owner property, if any are permitted, and Contractor shall cooperate fully, as requested by the UTI, to facilitate the efficient completion of Contractor's obligations hereunder.

**9. Termination for Convenience:** UTI or Security Limits Inc. may terminate, in whole or part, this Agreement for convenience at any time without cause upon three (3) days prior written notice to Contractor. If terminated for convenience by UTI or Security Limits Inc., it will pay the lesser of: (a) actual value of Work earned up to the date of termination plus reasonable, actual, documented demobilization costs; or (b) actual costs incurred by Contractor together with a reasonable markup for profit in accordance with the Contract Documents. Upon such a termination, UTI or Security Limits Inc. shall have no further obligation to each other nor shall UTI or Security Limits Inc. be obligated to pay for (and contractor and UTI hereby waives) any lost profits on Work not performed, lost bond capacity or other type of expenses or damages. If UTI or Security Limits Inc. terminates this Agreement pursuant to the provision entitled "Termination for Contractor Default" and it is ultimately decided by a court of law that UTI or Security Limits Inc. has not failed to comply with any of the provisions of this Agreement or should not have had this Agreement terminated as the result of the UTI or Security Limits Inc. or any of its officers being indicted or the subject of a governmental investigation or as a result of failure to terminate its subcontractor as the result of the subcontractor of UTI or Security Limits Inc. or any of its officers having been indicted or the subject of a governmental investigation, such termination shall be treated as a Termination for Convenience pursuant to this clause and Contractor shall have no further or additional recourse in connection with such termination.

**10. Withholding of Payment:** UTI may withhold payment to the Contractor on account of (1) the failure of the Contractor to comply fully with any requirements of this Agreement, including, without limitation, the failure of the Contractor to make payments to subcontractors or for material or labor, (2) the failure of the Contractor to prevent the filing of liens or claims or to avoid the reasonable probability of the filing of liens or claims against UTI, the Owner, the Work, or the Contractor, (3) the failure of the Contractor to make payments to union fringe benefit funds, and (4) damage to another contractor by reason of acts or failure to act of the Contractor.

**11. Prime Contract:** UTI has entered into, or will enter into, a Contract (as may be amended from time to time, referred to herein as "Prime Contract") with the Owner for the furnishing of labor, materials, equipment and services in connection with the Work. The Contractor shall be bound to UTI by each and all of the terms and provisions of the Prime Contract and the other Contract Documents and assume toward UTI all of the duties, obligations and responsibilities that UTI assumes toward the Owner pursuant to the Prime Contract and each of the other Contract Documents, and the Contractor agrees further that UTI shall have the same rights and remedies as against the Contractor as the Owner under the terms and provisions of the Prime Contract and the other Contract Documents has against UTI with the same force and effect as though every such duty, obligation, responsibility, right or remedy were set forth herein in full. To the extent the Prime Contract requires UTI to include certain provisions in this Agreement, or impose certain obligations on the Contractor, such applicable terms and conditions are incorporated herein. The Prime Contract is available for review by the Contractor upon request, including prior to the execution of this Agreement. The Prime Contract shall continue to be a Contract Document and, as such, is incorporated herein and made a part hereof, and Contractor shall continue to be bound by the Prime Contract, notwithstanding any termination, expiration or cancellation of the Prime Contract, or the assignment or reassignment of the Prime Contract by UTI or the Owner.

**12.**    **Litigation:**  Any action brought to enforce or to interpret the terms and provisions of this Agreement shall be brought exclusively within the state or federal courts of the State of New York. The prevailing party in any such action shall be entitled to recover the reasonable costs and expenses of such litigation, including, but not limited to, the reasonable fees and expenses of attorneys and certified public accountants, in any court or proceeding.

**13.**    **Notices:**  All notices and other communication authorized or permitted hereunder shall be in writing, and shall be deemed to have been duly given if delivered: (i) by certified mail, return receipt requested, postage prepaid; (ii) by telephone facsimile with confirmation; (iii) by electronic mail with electronic confirmation; or (iv) by over night mail service; or (v) by personal service (hand delivery), to the following respective addresses:

To UTI:    Unlimited Technology, Inc.
130 Buell Road
Rochester, NY 14624
E-mail: cvonstetton@utiglobal.com

With a copy to: General Counsel
Unlimited Technology, Inc.
43 River Road
Nutely, NJ 07110
E-mail: legal@psb.com

To Contractor:    Security Limits, Inc.
954 Lexington Ave.
Num 1017
New York, NY 10021
psilva@securitylimits.com

Notices which are properly sent shall be deemed to be delivered on the next regular business day in cases of personal service, telephone facsimile and electronic mail; on the date of actual receipt in cases of over night mail; and on the third business day following the date of mailing for certified mail.  Any party to this Agreement may change the address or telephone facsimile number, or the electronic mail addresses to which all such communications and notices shall be sent hereunder by addressing such notice, as provided for herein.

**14.**    **Force Majeure:** Either party shall be excused for delay in the performance of any obligations hereunder when such delay is the result of or attributable to the elements, acts of God, governmental authority, delays in transportation, strikes or any other cause beyond their reasonable control, provided, however, that in any such event, both parties agree to make a good faith effort to meet their obligations hereunder.

**15.**    **Affirmative Covenants of Contractor**: During the Term, Contractor:

**15.1.**    Agrees to conduct the duties and responsibilities required of Contractor hereunder in accordance with all Federal, state and local laws; and

**15.2.**    Warrants and represents that all Work will be of good quality, free from faults and defects and in conformity with the Contract Documents. All Work not in conformity with these requirements, including substitutions not properly approved and authorized, will be considered defective.

**15.3.**    Contractor recognizes that he will have access to information of a confidential and proprietary nature with respect to UTI's and Owner's information. Contractor agrees to preserve the confidentiality of such information and not to disclose any information received during the course of providing the services under this Agreement to any third person without the express written consent of UTI.

## 16. Materials Owned by UTI; Contractor IP & Confidentiality.

**16.1.**    Contractor shall, upon request of UTI, and upon any termination of this Agreement and/or the engagement of Contractor as an independent contractor of UTI for any reason, immediately return to UTI all assets and other items of any kind provided by UTI. Notwithstanding anything to the contrary, nothing in this section shall require to Contractor to furnish any Contractor intellectual property to which they have sole ownership of.

**16.2.**    Contractor acknowledges that Contractor's duties on behalf of UTI will require Contractor to have access to confidential information and material belonging to UTI and its customers, including, without limitation, tax and financial information, trade secrets and proprietary information. Contractor agrees that Contractor will not at any time utilize or divulge this information and/or material except on behalf of UTI in a duly authorized manner. Such information shall be subject to mutual non-disclosure agreement (NDA) signed on 01/29/2019; Professional Security Broadband Inc. (PSB).

**16.3.**    UTI acknowledges that Contractor exclusively owns all intellectual property rights in the work it has already performed for the Owner; under Security Limits Inc.'s SEC20.001-U.S. Provisional Patent Application No. 62/818,390 entitled "Integrated Secure Platform-Filed in USPTO. (a.ka. ASD Runbook). UTI further acknowledges that it does not receive any license or rights to such intellectual property under this Agreemeement or otherwise as a result of Contractors prior involvement with Owner. The Contractor shall own all of the intellectual property that is contributed by Contractor or contained or embodied in the Contractor work product. In addition, nothing contained in this Agreement shall be construed as limiting or depriving Contractor of its rights to use its basic knowledge and skills to design or carry out other projects or work for itself or others whether or not such other projects or work are similar to the work to be performed pursuant to this Agreement. Contractor shall have the right to retain copies of drawings, documents or other data furnished or to be furnished by Contractor and any information contained therein. At all times, Contractor shall retain all of its rights in and to Contractor's work product, as well as its designs, specifications, drawings, formulas, databases, models, knowhow, computer software, copyrights, trade and service marks, patents, trade secrets, and any other proprietary property developed or otherwise obtained by or for Subcontractor independent of this Agreement and any modification thereof. In addition, all rights to intellectual property created by Contractor in the performance of the Work shall remain the property of Contractor.
f
**17.**    **Interpretation of Agreement:** This Agreement shall be governed by the internal laws of the State of New York. The Parties acknowledge that they have participated in the drafting of the Contract Documents and the Parties hereto expressly agree that the Contract Documents, in whole or in part, shall not be construed against any party as the drafter thereof. Paragraph headings have been inserted solely for the convenience of the Parties and shall not be considered part of this Agreement for interpretation or construction.

**18.    Entire Agreement:** This Agreement and the Schedules constitute the entire agreement between the Parties.  Neither party has entered into this Agreement based on any representation or consideration not stated in this Agreement.  This Agreement shall supersede and replace any prior written or oral agreement between the Parties, concerning the same UTI subject matter.

**19.    Binding Agreement:** This Agreement shall be binding upon the Parties hereto, as well as their respective successors and assigns.  The invalidity or unenforceability of any particular provision of this Agreement shall not affect the other provisions hereof, and the Agreement shall be construed in all respects as if such invalid or unenforceable provision were omitted.  This Agreement shall supersede and replace any prior written or oral agreement between the Parties, concerning the same UTI subject matter.  Neither party has entered into this Agreement based on any representation or consideration not stated in this Agreement.  No change, modification or amendment to this Agreement shall be valid or binding unless such change or modification is in writing signed by the persons against whom it is sought to be enforced.

**20.    Non-Waiver:** No delay or failure by any party to exercise any rights under this Agreement, and no partial or single exercise of that right, shall constitute a waiver of that or any other right, unless expressly provided for herein.

**21.    Relationship of Parties:** It is hereby understood and agreed that Contractor is performing under this Agreement in the capacity of an independent contractor of UTI, and that Contractor is not an agent, partner, joint venturer or employee of UTI.  Subject to any reasonable rules and regulations established by UTI with regard to the performance of the duties and responsibilities required hereunder of Contractor, Contractor shall be free to exercise Contractor's discretion and judgment as to the manner in which Contractor performs the duties and responsibilities to be performed by Contractor hereunder.  Contractor hereby acknowledges that Contractor has been advised by UTI that, as an independent contractor, Contractor is responsible for the payment of all of Contractor's own Federal taxes, including, but not limited to, income and self-employment taxes (FICA), together with any and all corresponding state, county and local taxes, if any, and Contractor hereby agrees to promptly satisfy such obligations.

**21.1.**    Contractor hereby waives and releases UTI from any claim which Contractor has or may have against UTI now or in the future respecting such taxes, and waives and releases UTI from any claim that UTI is obligated to withhold, pay or contribute to such taxes on behalf of Contractor.  Contractor shall acquire, on Contractor's own behalf as a self-employed person, such workers' compensation coverage and disability insurance as Contractor deems appropriate consistent with Contractor's status as an independent contractor and the mutual intent of UTI and Contractor not to create an employer/employee relationship hereby.

**22.    Counterparts:** This agreement may be executed in one or more counterparts, including facsimile counterparts, each of which will be deemed an original and all of which together shall constitute one and the same instrument.

**23.    Authority:** Contractor shall not have any authority to bind UTI or any customers of UTI and shall not represent or indicate to any third parties that Contractor has such authority.

*[Subcontractor Agreement Signature Page]*

**IN WITNESS WHEREOF,** the parties hereto have executed this Agreement as a sealed instrument, effective as of the date and year first written above.

**UTI:**
Unlimited Technology, Inc.

By: _____

Name: JEREMY REICH

Title: General Counsel

Date: 3/28/19

**CONTRACTOR:**
Security Limited, Inc.

By: _____

Name: _____

Title: _____

Date: _____

Digitally signed by Paulo H. Silva
DN: cn=Paulo H. Silva, o=Security
Limits Inc., ou=Vice President,
email=paulo.silva@securitylimits.c
om, c=US
Location: Rochester, NY
Date: 2019.04.03 18:42:15 -04'00'

Page **9** of **12**

**Schedule A – Contractor Scope of Work**

<u>Chief Security Architect Job Responsibilities:</u>

Responsible for providing guidance, direction and the management for the successful design and implementation of core logical and physical components, including services (DEV, QA, Data Center 1, 2, and 3 - Build Outs) within the client's Private Cloud, in accordance with an established program plan; Responsible for providing the management of the overall architecture, implementation, and infrastructure services functions for client's Private Cloud including, but not limited to: client's Security Domain Logical and physical design and implementation, risk management, oversight of ICT design & engineering deliverables, cloud infrastructure build out and maintenance of transport network (MPLS), Pivot3® -Virtualization, Storage, and O/S, hardware platforms, network and data center operations, network security, video surveillance, physical access control systems (AMAG-Symmetry, Agent-VI, and Milestone), Cyber Framework and NERC-CIP Compliance, ITSM processes and service coordination, desktop computing, and access management and help desk support. Infrastructure includes networks (local and wide-area, voice and data, vendor connections), operations centers, distributed servers, desktop computing, production control, technical support, in highly efficient-complexed virtualized environments.

<u>Chief Security Architect Job Duties:</u>
- Performs and acts in an integrate role of the PMO in respect to the client's ICT Project activities. Works in conjunction with the PMO to develop a detailed ICT schedule to be integrated within the program Integrated Master Schedule (IMS). Provides weekly schedule updates to be incorporated into PMO weekly reporting. Develops ICT scopes of work and provides weekly status updates on actuals progress and forecasted work to be completed. Works with the PMO to report and control actual cost and cost forecast within approved PMO structured reporting.
- Responsible for reporting to the client's Management and Leadership the status, forecast and risk of implementation and operationalization of all ASD environments (DEV, QA, Data Center 1, 2, and 3 - Build Outs)
- Responsible for providing the overall architectural leadership, initial implementation planning and strategy of the business application infrastructure in use throughout client's Private Cloud (GRC, LogRhythm, Tenable®, SolarWinds, Waterfall Flip®, Symmetry Connect®, etc.)
- Responsible for providing the strategy and direction for the ongoing evolution of the client's Private Cloud, including migration of Video and PACS.
- Focus on execution and quality, while at the same time, consistently and predictably delivering service through standard, repeatable processes.
- Responsible for building partnerships with business divisions to determine the best method for leveraging the convergence of shared-services in the newly built client's Private Cloud Infrastructure through a formal Governance Body (DHS-CDM) established to facilitate onboarding and risk management of new services such as AMI, SCADA and Substations Automation; thus, improving overall regulatory compliance posture and operational efficiency as high-risk "legacy-Avangrid-infrastructure" can be slowly decommissioned over time.
- Facilitate the determination of technical solution architecture and purchase, implement, and provide management and support for that solution using a mix of third-party vendors, consultants, and contractors.
- Monitor vendor performance in respect to framework objectives whilst ensuring compliance with client's Procurement policies.
  - Cisco Routers and Switches Configurations
  - Firewalls (Authentication and Access Control): Checkpoint Firewall Rules and Network Interface configurations of network segregation rules.
- Virtualization, Storage, and O/S Layers: Integration of Complex Multi-Layered Systems:

Page **10** of **12**

- o  Pivot3, Active Directory, Checkpoint, NetScaler, and ESXi systems, etc....
- Application Layer: Providing direction in respect to technical support and orderly implementation of +25 critical applications, including high availability SQL Clusters.
- Building specifications of future infrastructure deployments with considerations for capacity, availability, security, and interoperability.

Chief Security Architect Skills and Qualifications:
BS/BA in Computer Science, Electrical or Computer Engineering, Information Security or Mathematics required. Graduate degree preferred. 15+ years of relevant security experience; Knowledge of contemporary IT infrastructure as applied both in high volume business processing environments and in consumer-oriented businesses; Thorough knowledge of general principles of finance, budget, facility management and controls, ITIL, project management, systems development lifecycle, and IT Security; Experience managing and implementing Cloud architectures in a DevOps/Agile methodology; Demonstrated competency in strategic thinking and leadership with strong abilities in relationship management; A proven ability to lead through leaders, motivating, inspiring, and supporting subordinate leaders and management to successfully achieve their divisional and departmental objectives.

Quality Assurance Manager Responsibilities:
The Quality Assurance Manager reports will have primary responsibility for development and maintenance of quality standards, processes and documentation. This includes, but is not limited to; defining quality requirements and processes and preparing/maintaining necessary documentation, monitoring quality performance to identify opportunities for improvement, review and maintenance of quality files, procedures, Job Books, work instructions, etc. for relevance and adherence to company Quality System, customer and regulatory compliance.

Quality Assurance Manager Job Duties:
- Preparing and issuing requirements for both internal and external clients.
- Assist Architect/Developer to define and implement operational and system architectures.
- Manages the installation and, if needed, the migration of content from a legacy file management system to the new SharePoint content management system.
- Develop and execute a communications/training plan to educate the workforce as capabilities are rolled out.
- Responsible for managing the day-to-day tasks for supporting various customers in their SharePoint rollout and operations.

Quality Assurance Manager Skills & Qualifications:
BS degree in Computer Science or IT related field /or 10+ years in a similar quality assurance program, department, or operation is required. Further education a plus. Experience working in the quality area for an organization certified to ISO 9001 or similar standard. Knowledge of Quality Assurance system development and implementation such as ANSI/ISO/ASQ 9001, SQF, ISO 14001, QS 9100, etc. Proficiency in MS Office, including Word and Excel. Excellent communication skills, both orally and written, at all levels of an organization. Strong organizational skills and motivational skills. Demonstrated ability to solve practical problems and make logical decisions. Ability to work independently, as well as within a team.

**Schedule B – Price**

| Resource | Project Role | Rate (hourly) | Estimated Hours | Total | Expenses |
|---|---|---|---|---|---|
| Paulo Silva | Chief Security Architect | $175.00 | 2,000 | $350,000.00 | $86,400.00 |
| Neeraj Uppal | Quality Assurance Manager | $147.00 | 2,000 | $294,000.00 | $86,400.00 |

Approved expenses to be a direct pass-through based on the local GSA rates and will be in addition to the hourly rates quoted. Receipts are required to be included at the time of submission of expenses for reimbursement.