USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/14/2025__

# LAW OFFICES OF EDWARD J. TROY

888 East Jericho Turnpike, P.O. Box 267
Huntington Station, NY 11746
Telephone: (631) 239-6817

Edward J. Troy, Esq.

Direct Dial: (631) 239-6817
edwardtroy@etroyesq.com

August 12, 2025

Hon. Analisa Torres
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: Avangrid Networks, Inc., et ano v. Security Limits, Inc. and Paulo Silva
    Docket No.: 22- CV-09622 (AT)
    Our File No,: OTH 503

Dear Judge Torres

    This firm represents the defendants/counterclaimants in this matter. I am writing, with the consent of plaintiff's counsel, Robert Mockler, Esq., to request a further 48-hour extension of time for the defendants to file opposition to plaintiffs' Rule 12(b)6 motion. I would also request that the plaintiffs be granted an additional two days to file their reply.

    The purpose for this request is that I have been overwhelmed with calendar scheduling issues and medical issues with my family. (If required, I can explain the medical issues.)

    I am, therefore, requesting a short extension until this Friday, August 15, 2025. As I previously noted, plaintiffs do not oppose the application.

    Thank you for your kind consideration in this matter.

Respectfully submitted,
*Edward J. Troy*
Edward J. Troy

cc: Steptoe & Johnson
    Attorneys for plaintiff -via ECF

GRANTED.

SO ORDERED.

Dated: August 14, 2025
       New York, New York

ANALISA TORRES
United States District Judge