UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVANGRID NETWORKS, INC.; and
AVANGRID SERVICE COMPANY,

                Plaintiffs,

        -against-

SECURITY LIMITS, INC., and PAULO SILVA,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/12/2026

22 Civ. 9622 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      According to the case management plan and scheduling order ("CMP") dated February 1, 2023 fact discovery in this action closed on June 1, 2023.  See CMP ¶ 5, ECF No. 27.  Since then, the Court considered and granted Plaintiffs' motion to disqualify counsel, *see* ECF Nos. 45, 55, and on February 23, 2026, the Court dismissed Defendants' amended counterclaims with prejudice, *see* ECF No. 89.  The parties have not sought an extension of the discovery deadlines, filed premotion letters for summary judgment, requested a referral to the Honorable Valerie Figueredo for settlement discussions, or otherwise updated the Court as to the status this action.  *See* CMP ¶ 16.  Accordingly, by **April 1, 2026**, the parties shall file a status update.

      SO ORDERED.

Dated: March 12, 2026
      New York, New York

_____
ANALISA TORRES
United States District Judge