UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVANGRID NETWORKS, INC.; and
AVANGRID SERVICE COPMANY,

     Plaintiffs,

  -against-

SECURITY LIMITS, INC., and PAULO SILVA,

     Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/2026____

22 Civ. 9622 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The Court has reviewed the parties' joint status update dated April 1, 2026.  *See* ECF No. 91.  By **April 16, 2026,** the parties shall file a jointly proposed case management plan and scheduling order.  The parties are directed to consult the Court's Individual Practices and model Case Management Plan and Scheduling Order, which are available at https://nysd.uscourts.gov/hon-analisa-torres.  In proposing deadlines, the parties are reminded that the Federal Rules of Civil Procedure permit a party to move for summary judgment "at any time," Fed. R. Civ. P. 56(b), but no party should be "unjustly deprived of [its] ability to meet [its] burden of production" at summary judgment, *Trebor Sportswear Co. v. The Ltd. Stores, Inc.*, 865 F.2d 506, 511 (2d Cir. 1989).

  SO ORDERED.

Dated: April 2, 2026
  New York, New York

_____
ANALISA TORRES
United States District Judge