Robert W. Mockler
+1 212 506-3978 direct
rmockler@steptoe.com

Steptoe

1114 Avenue of the Americas
New York, NY 10036-7703
212 506 3900 main
www.steptoe.com

August 18, 2026

By ECF and Email

Hon. Analisa Torres, U.S.D.J.
United States District Court,
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***Avangrid Networks, Inc. v. Security Limits Inc.*, No. 22 Civ. 9622 (AT)**
**Parties' Agreed Statement Re Dispute Resolution Mechanism**

Dear Judge Torres:

We represent Plaintiffs in this action. We write on behalf of all parties regarding the discovery schedule in this matter, as set forth in the Civil Case Management Plan and Scheduling Order. Dkt. 96. The parties have conferred and agreed that, in light of the extension of time for Defendants to serve discovery, and the need to complete written discovery before proceeding to depositions in this matter, an extension of the discovery schedule is needed. Accordingly, the parties request that the time to complete depositions and fact discovery be extended by 60 days, from September 9, 2026 to November 9, 2026, and that the next Case Management Conference, currently scheduled for September 28, 2026, be continued to a date after the amended close of fact discovery. The parties believe that this extension will promote the efficient resolution of this matter. There have not been any previous extensions of these deadlines.

Respectfully submitted,

*/s/ Robert W. Mockler*

Robert W. Mockler

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: August 19, 2026**

The request for a 60-day extension of time to complete depositions and fact discovery is **GRANTED**. The deadlines proposed herein are adopted.