USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 9/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVANGRID NETWORKS, INC. and AVANGRID SERVICE COMPANY,

Plaintiff,

-against-

SECURITY LIMITS, INC.1 and PAULO SILVA,

Defendants.

22 Civ. 9622 (AT) (VF)

**ORDER**

ANALISA TORRES, District Judge:

Fact discovery is ongoing and the case has been referred to the Honorable Valerie Figueredo for general pre-trial matters and settlement. *See* ECF Nos. 104–06, 112. Accordingly, the case management conference currently scheduled for September 28, 2026 is ADJOURNED *sine die*.

SO ORDERED.

Dated: September 24, 2026
New York, New York

ANALISA TORRES
United States District Judge