**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------X**

**AVANGRID NETWORKS, INC., et al.,**

**Plaintiffs,**

**22-CV-9622 (AT) (VF)**

**-against-**

**ORDER**

**SECURITY LIMITS INC., et al.,**

**Defendants.**

**-----------------------------------------------------------------X**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference is hereby scheduled for **Wednesday, November 4, 2026, at 2:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's Microsoft Teams conference line at the scheduled time. **Please dial (646) 453-4442; access code [106182102#].**

**SO ORDERED.**

DATED: New York, New York
October 19, 2026

VALERIE FIGUEREDO
United States Magistrate Judge