Joseph Sanderson
+1 212 378-7615 direct
josanderson@steptoe.com

Steptoe

1114 Avenue of the Americas
New York, NY 10036-7703
212 506 3900 main
www.steptoe.com

October 20, 2026

By ECF

Hon. Valerie Figueredo, U.S.M.J.
United States District Court,
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***Avangrid Networks, Inc. v. Security Limits Inc.*, No. 22 Civ. 9622 (AT)(VF)**
**Letter Withdrawing Non-Party Avangrid, Inc.'s Motion to Interplead Funds (ECF No. 107) as Moot.**

Dear Judge Figueredo:

As a result of developments in New Mexico, the above-referenced motion is now moot. As such, Non-Party Avangrid, Inc. respectfully withdraws the Motion.

Respectfully submitted,

*/s/ Joseph M. Sanderson*

Joseph M. Sanderson

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: October 21, 2026**

The Clerk of Court is respectfully directed to close the motion at ECF No. 107.