**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

AVANGRID NETWORKS, INC., et al.,

Plaintiffs,

-against-

SECURITY LIMITS INC., et al.,

Defendants.

-----------------------------------------------------------------X

**22-CV-09622 (AT) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The settlement conference in this matter that is scheduled for Wednesday, October 28, 2026, at 10 a.m. has been adjourned.

**SO ORDERED.**

DATED: New York, New York
October 21, 2026

VALERIE FIGUEREDO
United States Magistrate Judge